**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number:
WILLIAM LAWLOR

   v.

BEMA POLYTECH INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

WILLIAM LAWLOR

RCC

FILED
JANUARY 25, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 568

JUDGE LEINENWEBER
MAGISTRATE JUDGE COLE

| | |
|---|---|
| NAME (Type or print) | Michael T. Smith |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ *[signature]* |
| FIRM | Law Offices of Michael T. Smith |
| STREET ADDRESS | 440 W. Irving Park Road |
| CITY/STATE/ZIP | Roselle, Illinois 60172 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6180407IL | TELEPHONE NUMBER 847-895-0626 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |