AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

WILLIAM LAWLOR

Plaintiff,

v.

BEMA POLYTECH INC.,

Defendant.

CASE NUMBER: **08 C 568**

ASSIGNED JUDGE: **JUDGE LEINENWEBER**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

BEMA POLYTECH INC.
℅ Richard J. Arendt
640 N. LaSalle Street, Suite 270
Chicago, Illinois 60610

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael T. Smith
440 W. Irving Park Road
Roselle, Illinois 60172

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.





## RETURN OF SERVICE

Service of the Summons and complaint was made by me  
DATE: February 7, 2008

NAME OF SERVER (PRINT): PETER J. SAUNDERS  
TITLE: Investigator

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on Berna Polytech Inc., was made c/o Richard J. Arendt, R.A. c/o Lindsey Weber.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 7, 2008  
Date  

Signature of Server

120 W. Madison (1108), Chicago, IL  
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.