**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>       s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL           APPOINTED COUNSEL |

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | )SS |
| COUNTY OF COOK | ) |

## CERTIFICATE OF SERVICE

To:   Michael T. Smith
      Law Offices of Michael T. Smith
      440 West Irving Park Road
      Roselle, Illinois 60172

      Richard J. Arendt hereby certifies that foregoing **APPEARANCE OF RICHARD J. ARENDT** was served on February 27, 2008, in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing via the District Court's Electronic Case Filing (ECF) System as to ECF filers upon the parties listed above.

                                    /s/   Richard J. Arendt

Richard J. Arendt
Elliott E. Petlak
Law Office of Richard J. Arendt
Attorney for Defendant
640 N. LaSalle St., Suite 270
Chicago, Illinois 60610
312-642-9606
Atty.No. 0064823