IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| WILLIAM LAWLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 C 568 |
| v. ) | |
| ) | Hon. Judge Leinenweber |
| BEMA POLYTECH, INC. ) | |
| ) | Magistrate Judge Cole |
| Defendant. ) | |

**NOTICE OF FILING**

To:   Michael T. Smith
      Law Offices of Michael T. Smith
      440 West Irving Park Road
      Roselle, Illinois 60172

Please take notice that on the 27th day of February, 2008, I have filed the attached **DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division.

        /s/   Richard J. Arendt

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | )SS |
| COUNTY OF COOK | ) |

## CERTIFICATE OF SERVICE

      Richard J. Arendt hereby certifies that foregoing **Notice of Filing** and **Defendant's Answer to Plaintiff's Complaint** were served on February 27, 2008, in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing via the District Court's Electronic Case Filing (ECF) System as to ECF filers upon the parties listed above.


                                      /s/   Richard J. Arendt


Richard J. Arendt
Elliott E. Petlak
Law Office of Richard J. Arendt
Attorneys for Defendant
640 N. LaSalle St., Suite 270
Chicago, Illinois 60610
312-642-9606
Atty.No. 0064823