# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM



NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of　　　　　　　　　　　　　　　　Case Number: 08-cv-00568

William Lawlor

v.

Bema Polytech, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Bcma Polytech, Inc.

FILED
FEB 28 2008
FEB 28 2008 YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | |
| Elliott E. Petlak | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Elliott E. Petlak | |
| FIRM | |
| Law Offices of Richard J. Arendt | |
| STREET ADDRESS | |
| 640 North LaSalle St., Suite 270 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60610-3783 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6203645 | (312) 642-9606 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐　NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐　NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐　NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |

STATE OF ILLINOIS    )
                     )SS
COUNTY OF COOK       )

## CERTIFICATE OF SERVICE

To:    Michael T. Smith
Law Offices of Michael T. Smith
440 West Irving Park Road
Roselle, Illinois 60172

    Richard J. Arendt hereby certifies that foregoing **APPEARANCE OF ELLIOTT E. PETLAK** was served on February 27, 2008, in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing via the District Court's Electronic Case Filing (ECF) System as to ECF filers upon the parties listed above.

                                /s/ Richard J. Arendt

Richard J. Arendt
Elliott E. Petlak
Law Office of Richard J. Arendt
Attorney for Defendant
640 N. LaSalle St., Suite 270
Chicago, Illinois 60610
312-642-9606
Atty.No. 0064823